1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  JOHN SALINAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00445-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| JOHN SALINAS, | DATE: August 1, 2019<br>TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant John Salinas, that the status conference currently scheduled for June 27, 2019, may be continued to August 1, 2019, at 10:00 a.m. for a probation review hearing.

This request arises out of defense counsel's mounting concern that Mr. Salinas is suffering from a declining state of mental health.  Defense counsel believes that, prior to proceeding with the hearing in the above-captioned matter, a psychological evaluation is necessary to evaluate Mr. Salinas' condition and ensure effective representation by his counsel. The Federal Defender's Office has arranged for a psychological expert to conduct an evaluation and author a report, however these tasks cannot be completed prior to the June 27, 2019 hearing and as such, a continuance is needed.

The parties agree that defense counsel's concerns regarding Mr. Salinas' mental health and the additional time needed to conduct the evaluation and review of findings constitute good cause for such a continuance and therefore jointly request that this matter be continued as set forth above.

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Date: June 21, 2019

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
JOHN SALINAS

MCGREGOR W. SCOTT
United States Attorney

Date: June 21, 2019

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

## **O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for June 27, 2019, is continued to August 1, 2019, at 10:00 a.m. for a probation review hearing. Mr. Salinas is ordered to appear.

IT IS SO ORDERED.

Dated: __June 21, 2019__

UNITED STATES MAGISTRATE JUDGE