# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00445-SAB |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| JOHN SALINAS, | |
| Defendant. | |

John Salinas ("Defendant") appeared in custody and with the assistance of counsel for an status conference in this matter on November 22, 2019. Defendant entered a plea and has been sentenced. Accordingly, Defendant John Salinas is HEREBY RELEASED forthwith from custody in this matter.

IT IS SO ORDERED.

Dated: __November 22, 2019__

UNITED STATES MAGISTRATE JUDGE

1